UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 - 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Case No: 10-cr-0006-RCL |
| ALTON D. TAYLOR | )<br>) |
| Defendant. | )<br>) |

## ORDER

Upon consideration of the Report and Recommendation of Magistrate Judge Robinson, and the lack of objection thereto, the Report and Recommendation is **APPROVED** and **ADOPTED**.

By separate order this date, defendant's term of supervised release will be revoked. The minimum sentence under the guidelines of 24 months incarceration will be imposed, which the guidelines provide will be consecutive to the Maryland sentence currently being served. No additional term of supervised release will be imposed. The Court finds the recommended guideline sentence is appropriate, having considered all of the 18 U.S.C. § 3553(a) sentencing factors.

The motion [22] to lift detainer is **GRANTED**, and the Writ of Habeas Corpus ad Prosequendum is now dismissed.

It is **SO ORDERED**.

Date: _December 1_, 2016

Royce C. Lamberth
United States District Judge